# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

GRETCHEN SAND,

        Plaintiff,

v.

SPECIALTY MERCHANDISE CORP.,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5094-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is dismissed with prejudice for lack of federal subject matter jurisdiction pursuant to the Order of Dismissal filed on June 14, 2011, ECF No. 6.

| | |
|---|---|
| June 14, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |